tiorari to the Supreme Court of Missouri denied. *Messrs. Cyrus Crane, Geo. J. Mersereau, John N. Monteith,* and *Horace F. Blackwell, Jr.* for petitioner. *Mr. C. A. Randolph* for respondent.

No. 1028. NETZEL *v.* MICHIGAN. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Mr. Odin H. Johnson* for petitioner. *Messrs. Herbert J. Rushton,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Glenn C. Gillespie* for respondent.

No. 1030. COWAN ET AL., TRUSTEES, *v.* HAMILTON NATIONAL BANK, TRUSTEE. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Messrs. M. W. Egerton* and *James L. Clarke, Jr.* for petitioners. *Mr. Frank Montgomery* for respondent.

No. 1034. PEARL ET AL. *v.* COUNTY OF GARFIELD. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. J. A. C. Kennedy* and *Geo. L. De Lacy* for petitioners. *Mr. William F. Manasil* for respondent.

No. 1042. NIMERICK *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Arthur R. Seelig* for petitioner. *Solicitor General Biddle, Assistant Attor-*